No. 592
LENTZ v. LINTON et
Ohio Appeals, 2nd Dist., Franklin Co.
No. 1218. Decided June 9, 1925

1197. TRUST & TRUSTEES—To establish alleged parol trust, evidence must be clear, certain, and beyond reasonable doubt; and terms of must be shown to be clear and conclusive.
BY THE COURT.

This case was taken to the Court of Appeals on appeal from the Franklin Common Pleas. John Lentz sought to ingraft a parol trust upon a deed absolute in form. The real estate in question was conveyed by the Harrington Realty & Finance Co. to one, Karns, and James Linton. The deed was absolute upon __ __e, containing no evidence of a trust.

Lentz claime__ __ there was a parol understanding between __elf and Linton, that he, Lentz, was to have __e-half interest in the equity of redemption __eyed to Karns and Linton. The alleged pa__ trust was denied by Linton. Lentz pro__ evidence in support of and corroborating his claim. Linton in addition to his own testimony brought in testimony of other witnesses tending to corroborate his claim and in contradiction of Lentz's claim. The Court of Appeals held:

1. An alleged parol trust must be proven by evidence, clear, certain and beyond a reasonable doubt, and the terms must be shown by evidence clear and conclusive.

2. If the testimony of Lentz and his witnesses were substantially undisputed as to the trust, no doubt the court would declare the trust upon the parol evidence alone, but where parol evidence introduced by Lentz is met by parol evidence upon the other side of substantially equal credibility, it would be insufficient to make out Lentz's claim.

Lentz's petition dismissed.

Attorneys—John J. Lentz, Williams, Sinks & Williams for Lentz; James M. Butler, Luther L. Boger, and Claude J. Bartlett for Linton et; all of Columbus.